# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔉𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔚𝔞𝔶𝔠𝔯𝔬𝔰𝔰 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

RONNIE DALE MOORE, JR.,     *

    Plaintiff,     *     CIVIL ACTION NO.: 5:21-cv-72

v.     *

WARE COUNTY JAIL MEDICAL STAFF;     *
WARE COUNTY JAIL; and FEDERAL
COURT SYSTEM–UNITED STATES
MARSHALS, in their official capacities,

    Defendants.     *

## O R D E R

This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated May 11, 2022. Dkt. No. 16. In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's Complaint in its entirety. Dkt. No. 15. The Magistrate Judge recommended dismissal because Plaintiff failed to state a claim. Specifically, the Magistrate Judge found Plaintiff failed to make any factual allegations against any of the named Defendants and, thus, failed to state a claim. Id.

Plaintiff now objects to the Magistrate Judge's Report. Dkt. No. 16. Plaintiff argues his Complaint was not liberally construed and he should be permitted to amend his Complaint.

AO 72A
(Rev. 8/82)

<u>Id.</u> at 2-3.  Plaintiff's argument is unpersuasive.  No amount of liberal construction could have saved Plaintiff's Complaint.  Plaintiff's Complaint was devoid of factual allegations against the named Defendants and failed to name any other individuals in his Complaint.  Instead, he merely gives vague descriptions of actions of unnamed individuals.  Dkt. No. 1 at 5, 7-8.  Thus, the Magistrate Judge correctly concluded Plaintiff failed to state a claim and that his Complaint should be dismissed for that reason.  <u>Hassan v. Brennan</u>, No. 1:16-CV-162, 2017 WL 4385327, at *3 (N.D. Ga. Oct. 3, 2017) ("[A] pro se complaint must comply with the threshold requirements of the Federal Rules of Civil Procedure[] and must properly state a claim upon which relief can be granted.").  Accordingly, the Court **OVERRULES** this portion of Plaintiff's Objections.

To the extent Plaintiff argues the Magistrate Judge was required to order him to amend, rather than dismiss his Complaint, Plaintiff offers no support for this argument.  The Court is not aware of any law that requires the Magistrate Judge to sua sponte order an amended complaint as opposed to recommending dismissal when conducting frivolity review.  Moreover, Plaintiff has not moved for leave to amend and Plaintiff has not provided an Amended Complaint to the Court for review.  Thus, Plaintiff's Objections in this respect are meritless.

2

In sum, after an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections.  The Court **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this  2  day of  June , 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)